IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES GIVENS,

       Appellant,

                               Case No.     5D22-701

v.                              LT Case No. 2012-CF-1065-A

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed July 12, 2022

3.850 Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Charles Givens, Bushnell, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

HARRIS, SASSO and NARDELLA, JJ., concur.